UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA A. GLOVER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

CASE NO. 1:09-CV-520

HON. ROBERT J. JONKER

## ORDER APPROVING
## REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed by the United States Magistrate Judge on June 10, 2010 (docket # 14) and Plaintiff's Reply to Report and Recommendation (docket # 15). Plaintiff's Reply states simply that Plaintiff has reviewed the Report and Recommendation and "stands by [her] original brief in this matter." (docket # 15.) Plaintiff has not filed "specific written objections." *See* FED. R. CIV. P. 72(b)(2). "A general objection to the entirety of the magistrate's report has the same effects as would a failure to object." *Howard v. Sec'y of Health and Human Services*, 932 F.2d 505, 509 (6th Cir. 1991).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 10, 2010 (docket # 14), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.


                                            /s/ Robert J. Jonker            
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE
Dated:  July 2, 2010